# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY "T.J." LAMEWOMAN, JR.,<br><br>　　　　　Defendant. | CR 25-104-BLG-WWM<br><br>ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 24), and for good cause shown,

**IT IS HEREBY ORDERED** that that the Indictment (Doc. 2) in this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that that the trial in this matter set for February 9, 2026, is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 29th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE